## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

ROBERT SCOTT MILLER                                                      PLAINTIFF

V.                              CASE NO. 5:25-CV-5167

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION                                                          DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 19) filed in this case on April 7, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No objections were filed by the deadline.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 23rd day of April, 2026.


                                        /s/ Timothy L. Brooks
                                        TIMOTHY L. BROOKS
                                        CHIEF UNITED STATES DISTRICT JUDGE